IN THE CIRCUIT COURT OF THE TWELFTH JUDICIAL CIRCUIT
IN AND FOR MANATEE COUNTY, FLORIDA
CIVIL DIVISION

DENNIS MILLS,                                              CASE NO.:

    Plaintiff,
vs.

WAWA, INC,
a Foreign Corporation,

    Defendant.
_____/

## COMPLAINT AND DEMAND FOR JURY TRIAL

COMES NOW the Plaintiff, DENNIS MILLS, by and through his undersigned attorney, and files this Complaint and Demand for Jury Trial against Defendant, WAWA, INC, and alleges as follows:

## GENERAL ALLEGATIONS

1. This is an action for damages in excess of Fifty thousand dollars $50,000.00, exclusive of interest and costs.

2. At all times material hereto, Plaintiff, DENNIS MILLS, was a resident of Hillsborough County, Florida.

3. At all times material to this action, Defendant, WAWA, INC, was a foreign corporation carrying on business in Manatee County, Florida.

4. The claims alleged in this Complaint arise out of Defendant, WAWA, INC's activities within Manatee County, Florida.

5. This Court has personal jurisdiction over Defendant, WAWA, INC, as WAWA, INC operates, conducts, engages or carries on a business venture in Manatee County, State of Florida.

1

6. Venue is proper in this Circuit because the Defendant can be found in and/or transacts business in the Twelfth Judicial Circuit.

7. At all times material hereto, Defendant, WAWA, INC owned, operated and/or controlled a gas station and convenience store located at 7481 Manatee Ave W Bradenton, Manatee County, Florida (the "WAWA, INC premises").

8. On or about April 26, 2025, DENNIS MILLS was a patron at the WAWA, INC's premises.

9. On or about April 26, 2025, DENNIS MILLS was a passenger in a "ride share" vehicle that stopped at one of the gas pumps at the WAWA premises.

10. While the vehicle was being fueled, DENNIS MILLS exited the vehicle from the rear passenger side of the vehicle and walked to the store to purchase drinks for himself and the driver.

11. While returning from the inside of the WAWA premises, DENNIS MILLS walked to the driver's side of the vehicle to hand the driver a drink he had just purchased when he encountered a slick, oil like liquid on the ground that caused him to slip and fall.

12. Plaintiff, DENNIS MILLS's, fall was caused by unsafe conditions at WAWA, INC premises, namely the oil like liquid that had accumulated on the ground.

13. As a result of that fall, DENNIS MILLS suffered injuries.

## COUNT I – NEGLIGENCE

14. Plaintiff, DENNIS MILLS, realleges and incorporates by reference paragraphs 1 through 13 above as if fully set forth herein.

15. At all times material hereto, Defendant WAWA, INC had a duty to its invitees to maintain its premises in a reasonably safe condition and to discover and eliminate hazards which

existed in and around the premises, or, in the alternative, to give adequate warning of known dangerous conditions.

16. The dangerous condition at the WAWA, INC premises existed for a sufficient length of time or occurred with such regularity so that Defendant, WAWA, INC knew or, in the exercise of reasonable care, should have known of the existence of the dangerous condition.

17. Defendant, WAWA, INC breached its duties to DENNIS MILLS in one or more of the following ways:

   a. Negligently allowing dangerous, unsafe and hazardous conditions to exist upon its premises, including but not limited to the unsafe accumulation of oil or other petroleum based liquids upon the pedestrian walkways and area around the fuel pumps;

   b. Failing to remedy the condition of the accumulation of the hazardous condition;

   c. Failing to make reasonable, proper and timely inspections of said premises and in particular, the walk ways near the fuel pumps to ensure they were in a reasonably safe condition;

   d. Negligently failing to warn guests of the hazardous conditions of which WAWA, INC knew or should have known by the exercise of reasonable care in accordance with its responsibility to invitees and other persons on the premises.

18. As a direct and proximate result of Defendant's, WAWA, INC breach of the duties as described above, DENNIS MILLS was caused to sustain severe, continuing and permanent injuries, including significant and permanent loss of an important bodily function, and/or permanent injury within a reasonable degree of medical probability, and suffered from the effects of said injuries, including pain and suffering, humiliation, embarrassment, and loss of the capacity

for the enjoyment of life, incurred expenses in the care and treatment of said injuries and suffered aggravation of preexisting injuries..

WHEREFORE, Plaintiff, DENNIS MILLS, requests judgment against Defendant, WAWA, INC for damages and any further relief as the court deems proper. Plaintiff, DENNIS MILLS, demands a trial by jury in the above entitled action.

### CLAIM FOR COSTS: RECOVERY BY PLAINTIFF

If the Plaintiff, DENNIS MILLS, recovers judgment, the Plaintiff will be entitled to taxation of costs and charges pursuant to §57.041, Florida Statutes.

### CLAIM FOR ATTORNEY'S FEES AND COSTS: OFFER OF JUDGMENT/PROPOSAL FOR SETTLEMENT

If an Offer of Judgment and/or Proposal for Settlement is served by the Plaintiff, DENNIS MILLS, the Plaintiff shall be entitled to recover reasonable costs and attorney's fees incurred by the Plaintiff from the date of such Offer or Proposal pursuant to §768.79, Florida Statute and Rule 1.442, Florida Rules of Civil Procedure.

E-filed and dated 6th day of October, 2025.

**TRIPP LAW FIRM, P.A.**

/s/ Byron L. Kennedy III

BYRON L. KENNEDY III, ESQ.
FBN: 41278
10099 Seminole Boulevard
Seminole, Florida 33772
TEL – (727) 398-2900
FAX – (727) 398-5151
Primary E-Mail: byron@trippfirm.com
Secondary E-Mail: service@trippfirm.com
Attorneys for Plaintiff

"2025CA002387AX" 233000095 Filed at Manatee County Clerk 10/06/2025 12:28:39 PM EDT